**Fill in this information to identify the case:**

Debtor 1: John A. Kinney

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 20-14275    AMC

---

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PNC Bank, N.A.

**Court claim no.** (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account: 1 7 5 9

**Date of payment change:** 12/15/2020
Must be at least 21 days after date of this notice

**New total payment:** $ 96.07
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Daily Simple Interest Accrual for Billing Period

   Current mortgage payment: $ 99.97    New mortgage payment: $ 96.07

---

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Debtor 1  John A. Kinney
          First Name   Middle Name   Last Name

Case number (*if known*) 20-14275

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Jodi Porter
Signature

Date 11/20/2020

Print: Jodi Porter
       First Name   Middle Name   Last Name

Title Bankruptcy Specialist

Company PNC Bank, N.A.

Address PO Box 94982
        Number    Street

Cleveland    OH    44101
City         State    ZIP Code

Contact phone 855-245-3814

Email bankruptcy@pnc.com

UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

| IN RE: John A. Kinney | Case No. 20-14275 |
| --- | --- |
| | Judge    Ashely M. Chan |
| | Chapter  13 |

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

I, the undersigned, hereby certify that, on 11/20/2020 , a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: DAVID M. OFFEN
Trustee: WILLIAM C. MILLER, Esq.
Office of the United States Trustee

Further, I certify that, on 11/20/2020 , a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

| John A. Kinney | 3851 N 10th Street |
| | Philadelphia, PA 19140 |

By: /s/ Jodi Porter
Jodi Porter
PNC Bank, N.A.
PO Box 94982
Cleveland OH 44101
855-245-3814