# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                            Chapter 13

JOHN  A. KINNEY                      Bankruptcy No. 20-14275-AMC

3851 N 10TH STREET

PHILADELPHIA, PA 19140

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOHN  A. KINNEY

    3851 N 10TH STREET

    PHILADELPHIA, PA 19140

**Counsel for debtor(s), by electronic notice only.**
    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 1/14/2021                                                    /s/ William C. Miller

                                                           _____
                                                           William C. Miller, Esquire
                                                           Chapter 13 Standing Trustee